Civil Action No.   1:18 CV 07670 ER                                                                                      Job #: 181080

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  CIRCLE LINE SIGHTSEEING YACHTS INC.

was received by me on *(date)*   8/27/18   .

☐  I personally served the summons on the individual at *(place)*

   on *(date)*   ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)*

   , a person of suitable age and discretion who resides there,

   on *(date)*   , and mailed a copy to the individual's last known address; or

☒  I served the summons on *(name of individual)*  Mara Velasco, Authorized Agent c/o National Registered Agents, Inc. 111 8th Avenue, NY, NY 10011  , who is designated by law to accept service of process on behalf of

   CIRCLE LINE SIGHTSEEING YACHTS INC.   on *(date)*   8/28/18   1:20 PM   ; or

☐  I returned the summons unexecuted because   ; or

☐  Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 8/29/18

*Server's signature*

Janice Quadara
*Printed name and title*

NY Server LLC, 450 Route 25A #814, East Setauket NY 11733 PH 877-358-4515
*Server's address*

Additional information regarding attempted service, etc:

Sex: Female    Color of skin: White    Color of hair: Black    Glasses: Yes
Age: 28  Height: 5ft 4inches - 5ft 8inches    Weight: 131-160 Lbs.    Other Features:

*NY Server LLC, 450 Route 25A #814, East Setauket NY 11733 PH 877-358-4515*