# CARTER LEDYARD & MILBURN LLP
*Counselors at Law*

**John M. Griem, Jr.**
Partner

Direct Dial: 212-238-8959
E-mail: griem@clm.com

2 Wall Street
New York, NY 10005-2072

Tel (212) 732-3200
Fax (212) 732-3232

570 Lexington Avenue
New York, NY 10022-6856
(212) 371-2720

September 13, 2018

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
United States District Court for the
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 619
New York, NY 10007

Re: Diaz v. Circle Line – Sightseeing Yachts, Inc., 1:18-cv-07670-ER

Dear Judge Ramos:

This firm represents Defendant Circle Line – Sightseeing Yachts, Inc. in the matter referenced above. We write to request a 30 day extension of time to answer or otherwise respond to the Complaint, to permit Defendant to continue its investigation into the allegations in the Complaint. A response is currently due September 18, 2018. This is the first request. Plaintiff has consented to this request.

Defendant therefore respectfully requests an extension until October 18, 2018 to answer or otherwise respond to the Complaint.

Respectfully submitted,

John M. Griem, Jr.

Cc: Attorneys for Plaintiffs (by ECF)

8343917.1